DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| | | | |
|---|---|---|---|
| 387P05-4 | State v. Earl James Watson | 1. Def's Petition for *Writ of Certiorari* to Review Order of COA (COAP16-688) | 1. Dismissed |
| | | 2. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court, Catawba County | 2. Dismissed |
| | | 3. State's Motion to Strike Reply to State's Response to Petition for *Writ of Certiorari* | 3. Dismissed as moot<br><br>**Ervin, J., recused** |
| 388P16 | Tawoos Bazargani, MD v. Dr. David Morris Marks, Duke University Hospital, Duke University, and Infectious Disease Control Association | 1. Plt's *Pro Se* Motion for Notice of Appeal (COA16-176) | 1. Dismissed *ex mero motu* |
| | | 2. Plt's *Pro Se* Petition for Rehearing | 2. Dismissed |
| | | 3. Plt's *Pro Se* Motion to Supplement Notice of Appeal | 3. Allowed |
| 395P13-2 | State v. John Lewis Wray, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Cleveland County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 401P16 | State v. Gary Arthur Metzger | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1093) | Denied |
| 402P14-2 | State v. Bobby Lee Rawlings | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Wayne County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 407P13-3 | State v. Shawn Germaine Fraley | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied 03/14/2017<br><br>**Ervin, J., recused** |
| 407P14-5 | State v. Dwain Cornelius Ferrell | 1. Def's *Pro Se* Motion for Notice of Appeal (COA16-627) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* Motion for PDR | 2. Dismissed |
| 411A94-6 | State v. Marcus Reymond Robinson | Def's Motion for Extension of Time to File Petition for *Writ of Certiorari* | Allowed |